

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 8, 1960

Mrs. Marie Hudson
Firemen's Pension Commissioner
Austin, Texas

Opinion No. WW-852

Re: Whether under the Fire-
men's Relief and Retire-
ment law cities should
contribute their match-
ing funds annually during
the same year of the fire-

Dear Mrs. Hudson:  men's contribution.

You have asked by your letter whether under the
Firemen's Relief and Retirement Law cities with popula-
tions less than 500,000 should contribute their match-
ing funds annually during the same year of the firemen's
contribution.

Section 10A, Article 6243e, Vernon's Civil Statutes,
states as follows:

"Sec. 10A. All cities having fully
paid firemen where Firemen's Relief and
Retirement Funds have been or shall be
created under the provisions of this Act,
and having a population of less than five
hundred thousand (500,000) according to
the last preceding Federal Census, shall
annually contribute and appropriate to
such fund an amount equal to the annual
contributions made by such fully paid fire-
men under the provisions of this Act, which
required contributions by the cities shall
not exceed the sum of three per centum (3%)
of the Fire Department's annual payroll.
. . . In addition to the amount which a
city is required to contribute, the govern-
ing body of a city may authorize the city

to make a further annual contribution
to its Firemen's Relief and Retirement
Fund in whatever amount the governing
body fixes, and the governing body of
a city may authorize the city to make
a contribution or agree to do so with-
in two (2) years, not to exceed seven
and one-half per centum (7 1/2%) of
the amount of the salary upon which the
firemen's contributions are based on the
occasion of any payments to such fund by
firemen, under Section 10B, for prior
service time during which such firemen
did not participate in a fund. All con-
tributions shall be deposited to the
credit of the Firemen's Relief and Re-
tirement Fund, to be used with other
money in the fund for the benefits pro-
vided under this Act. . . ." (Emphasis
added).

We are of the opinion that what the statute pre-
scribes is that cities are required to contribute their
matching funds in the same year that the firemen's
contributions are made. If a city should delay its
contribution and appropriation until a following year,
non-compliance with the statute would result since the
firemen's contributions would be unmatched for the
previous year.

## SUMMARY

Under the Firemen's Relief and
Retirement Law cited, cities with
populations less than 500,000 are
required to contribute and appro-
priate matching funds in and for
the same year that the firemen make
their contributions.

Yours very truly,

WILL WILSON
Attorney General of Texas

By William H. Pool, Jr.
William H. Pool, Jr.
Assistant Attorney General

WHP:ms

Mrs. Marie Hudson, page 3 (WW-852)


APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

James R. Irion, III
Jot Hodges, Jr.
J. Arthur Sandlin
Virgil R. Pulliam

REVIEWED FOR THE ATTORNEY GENERAL
BY Leonard Passmore